# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3076-15T4

NEW JERSEY DIVISION OF CHILD
PROTECTION AND PERMANENCY,

    Plaintiff-Respondent,

v.

D.J.-B.,

    Defendant-Appellant,

and

A.E. and K.B.,

    Defendants.

_____

IN THE MATTER OF E.V.E.,
E.J.E., K.B., Jr., and K.B.,

    minors.

_____

Submitted May 23, 2017 — Decided May 31, 2017

Before Judges Reisner and Rothstadt.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Essex County, Docket No. FN-07-421-13.

Joseph E. Krakora, Public Defender, attorney for appellant (Joan T. Buckley, Designated Counsel, on the brief).

Christopher S. Porrino, Attorney General, attorney for respondent (Andrea M. Silkowitz, Assistant Attorney General, of counsel and on the brief).

Joseph E. Krakora, Public Defender, Law Guardian, attorney for minors (Melissa R. Vance, Assistant Deputy Public Defender, on the brief).

PER CURIAM

Defendant D.J.-B. appeals from a September 16, 2013 fact finding order, determining that she abused or neglected her daughter E.J.E.[1] We affirm for the reasons stated in the trial judge's September 16, 2013 oral opinion. We add these brief comments.

The record clearly establishes that defendant brutally assaulted and beat her daughter, leaving wounds and bruises. The child's injuries are graphically depicted in photographs entered in evidence at the fact finding hearing. Defendant also admitted that, on occasion, she beat her other children as well. Contrary to her appellate argument, defendant's decision to stop taking her psychiatric medications does not excuse her infliction of excessive corporal punishment on her daughter. The judge's decision is supported by substantial credible evidence. N.J. Div. of Child Prot. and Permanency v. L.W., 435 N.J. Super. 189, 195

[1] On May 31, 2016, defendant voluntarily surrendered her parental rights to E.J.E. and three other children.

(App. Div. 2014) (quoting <u>Cesare v. Cesare</u>, 154 <u>N.J.</u> 394, 413 (1998)). Defendant's arguments on this appeal are without sufficient merit to warrant further discussion. <u>R.</u> 2:11-3(e)(1)(E).

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION